In the Matter of JOSEPH BROWN, Petitioner, v JOSEPH COSTELLO, as Superintendent of Midstate Correctional Facility, Respondent. [691 NYS2d 815] —Proceeding unanimously dismissed without costs as moot (*see, Matter of Free v Coombe*, 234 AD2d 996). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Oneida County, Shaheen, J.) Present—Denman, P. J., Lawton, Hayes, Pigott, Jr., and Scudder, JJ.